ELLIOT ENOKI
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00224 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841(a)(1), |
| | ) | 846] |
| BRADLEY ALIKA NAKAMURA, (01) | ) | |
| WILLIAM KANIELA NAKAMURA, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I N D I C T M E N T

COUNT 1

(21 U.S.C. § 846)

The Grand Jury charges that:

A.  GENERAL ALLEGATIONS

Beginning in or about December 2000, and continuing to and including March 20, 2001, in the District of Hawaii,

BRADLEY ALIKA NAKAMURA and

WILLIAM KANIELA NAKAMURA

defendants herein, did willfully conspire with each other and other persons to distribute, and possess with intent to distribute, crystal methamphetamine ("ice"), a Schedule II

controlled substance, in excess of 5 grams, in violation of Title 21, United States Code, Section 841(a). It was a part of the conspiracy that quantities of crystal methamphetamine would be transported from Oahu, Hawaii to Molokai, Hawaii on an ongoing basis.

B. OVERT ACTS

In furtherance of this conspiracy, the following overt acts were committed in the District of Hawaii to accomplish the object(s) thereof:

1. On or about March 19, 2001, BRADLEY ALIKA NAKAMURA possessed a cooler containing a quantity of methamphetamine.

2. On or about March 19, 2001, BRADLEY ALIKA NAKAMURA brought a cooler containing a quantity of methamphetamine to the Molokai Air Shuttle Service Terminal at Honolulu Airport.

3. On or about March 19, 2001, BRADLEY ALIKA NAKAMURA paid a fee to ship a cooler containing a quantity of methamphetamine from Oahu to Molokai via the Molokai Air Shuttle Service.

4. On or about March 20, 2001, WILLIAM KANIELA NAKAMURA travelled to Molokai Airport to pick up a cooler containing a quantity of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about March 19, 2001, in the District of Hawaii,

BRADLEY ALIKA NAKAMURA

defendant herein, knowingly and intentionally possessed with intent to distribute approximately 3.5 grams of crystal methamphetamine ("ice"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1).

COUNT 3

(21 U.S.C. §§ 841(a)(1) and 846)

The Grand Jury further charges that:

On or about March 20, 2001, in the District of Hawaii,

WILLIAM KANIELA NAKAMURA

defendant herein, knowingly and intentionally attempted to possess with intent to distribute approximately 3.5 grams of crystal methamphetamine ("ice"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: June 7, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, Grand Jury

_____
ELLIOT ENOKI  ACTING US ATTORNEY
United States Attorney

_____
LOUIS A. BRACCO
Assistant U.S. Attorney

3